IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD P. MCDANIEL,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY GROUNDS; DAN CARNAZZO; P. MULLEN; D. BACIGALUPO; L. GOBBS; D. FOSTON; R. WHITE; C. ADAMS; C. NOLL; W. WILSON; N. GRANNIS; P.G. DENNIS; A. GOMEZ; McCALL;<br><br>Defendants. | No. C 11-0555 WHA (PR)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>(Docket No. 13) |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. 1983. The complaint was dismissed for failure to state a cognizable claim for relief. Plaintiff has filed a "request" for reconsideration of the dismissal order. The complaint was dismissed because neither his placement in administrative segregation nor his transfer to another prison states a cognizable claim for the violation of his constitutional rights. Plaintiff raises no valid grounds for reconsideration under Rules 59 or 60 of the Federal Rules of Civil Procedure, and his arguments were already considered and rejected in the dismissal order. Consequently, plaintiff's request (docket number 13) is **DENIED.**

**IT IS SO ORDERED.**

Dated: May __4__, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\MCDANIEL0555.REC.wpd